**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-05480

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| Linda Ann Levinson | No. 2:09-bk-18418-CGC |
| Debtor. | |
| _____ | MOTION FOR ABANDONMENT |
| U.S. Bank, National Association | |
| Movant, | |
| vs. | |
| Linda Ann Levinson, Debtor; Robert A. MacKenzie, Trustee. | |
| Respondents. | |

COMES NOW, U.S. Bank, National Association its assignees and/or successors in interest ("Movant" herein) by and through counsel undersigned, and moves the Court for an Order of Abandonment, pursuant to 11 U.S.C. 554(b) and in support thereof, states as follows:

1. Linda Ann Levinson filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Robert A. MacKenzie was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

LOT TWO HUNDRED SEVENTY-EIGHT (278), RASKIN ESTATES NO. 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 86 OF MAPS, PAGE 37.

2.  Debtor executed a Note secured by a Deed of Trust, dated August 23, 2005, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

3.  That the debtor is in default under the terms of the Note and Deed of Trust for failure to make the installment payments due on November 1, 2010, and each month thereafter. The current default amount is set forth below:

```
5 Monthly Payments at $1,484.15     $7,420.75
(November 1, 2010 - March 1, 2011)
5 Late Charges at $58.78            $293.90
(November 16, 2010 - March 16, 2011)
Property Inspections                $205.00
Motion for Abandonment Filing Fee   $150.00
Attorneys Fees                      $800.00
Total                               $8,869.65
```

4.  Debtor is indebted to U.S. Bank, National Association for the principal balance in the amount of $169,555.46, plus accruing interest, costs, and attorneys fees.

5.  Movant is informed and believes and therefore alleges that the Debtor and bankruptcy estate have no equity in the property. The fair market value of the property pursuant to a Brokers Price Opinion dated March 18, 2011 is $250,000.00, less ten percent (10%) cost of marketing, less the first and second secured liens resulting in no equity. A true and correct copy of Movant's Brokers Price Opinion is annexed as Exhibit "C".

6.  The real property is burdensome and of inconsequential value to the estate and should therefore be abandoned.

WHEREFORE, Movant prays that this Court enter an order that the Trustee is authorized, empowered and directed to abandon all interest as trustee in the subject property, and for such other

///

and further relief that is just and property.

RESPECTFULLY SUBMITTED this 22nd day of March, 2011.

TIFFANY & BOSCO, P.A.


By /s/ LJM # 014228
Mark S. Bosco
Leonard J. McDonald, Jr.
Attorneys for Movant

COPY of the foregoing mailed
This 22nd day of March, 2011 to:

Please see attached Creditor mailing Matrix for service list.

By: Julie Bush

| Label Matrix for local noticing<br>0970-2<br>Case 2:09-bk-18418-CGC<br>District of Arizona<br>Phoenix<br>Tue Mar 22 10:36:31 MST 2011 | Recovery Management Systems Corporation<br>c/o Law Office of Mary K. Farrington-Lor<br>3930 E. Camelback Rd.<br>Ste. 100<br>Phoenix, AZ 85018-2632 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 |
|---|---|---|
| AEGIS RECEIVABLES MANAGEMENT INC.<br>P.O. BOX 165809<br>Irving TX 75016-5809 | AMERICAN EXPRESS<br>BOX 0001<br>Los Angeles CA 90096-8000 | American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern PA 19355-0701 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale FL 33329-7871 |
| BANK OF AMERICA<br>BUSINESS CARD<br>P.O. BOX 15710<br>Wilmington DE 19886-5710 | BANK OF AMERICA<br>P.O. BOX 60069<br>City Of Industry CA 91716-0069 | Bank Of The West<br>Attn: Bankruptcy<br>1450 Treat Blvd<br>Walnutcreek CA 94597-7579 |
| Bank One/Chase<br>8333 Ridgepoint Dr<br>Irving TX 75063-5812 | Chase<br>800 Brooksedge Blvd<br>Westerville OH 43081-2822 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| Citibank Usa<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City MO 64195-0507 | GC SERVICES<br>6330 GULFTON<br>Houston TX 77081-1198 | HSBC<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream IL 60197-5213 |
| JANICE E. STAROPOLI<br>5419 E. PIPING ROCK ROAD<br>Scottsdale AZ 85254-2952 | PYOD LLC its successors and assigns as assig<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| SIMONMED IMAGING<br>P.O BOX 52001 DC 905<br>Phoenix AZ 85072-2001 | SUPERIOR FINANCIAL GROUP<br>165 LENNON LANE, SUITE 101<br>Walnut Creek CA 94598-2409 | TRANSWORLD SYSTEMS INC.<br>20401 N 29TH AVE., #110<br>Phoenix AZ 85027-3154 |
| U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Us Bank Home Mortgage<br>Attn: Bankruptcy Dept<br>Po Box 5229<br>Cincinnati OH 45201-5229 | Wells Fargo<br>Po Box 60510<br>Los Angeles CA 90060-0510 |
| Wells Fargo Card Ser<br>Po Box 5058<br>Portland OR 97208-5058 | HAROLD 1 CAMPBELL<br>CAMPBELL & COOMBS, P.C.<br>1811 S. ALMA SCHOOL ROAD<br>SUITE 225<br>MESA, AZ 85210-3005 | LINDA ANN LEVINSON<br>6612 E. CAMINO SANTO<br>SCOTTSDALE, AZ 85254-3912 |

```
ROBERT A. MACKENZIE
2025 N. 3RD ST., #157
PHOENIX, AZ 85004-1425
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)AEGIS RECEIVABLES MANAGEMENT, INC.      (u)ENDOCRINOLOGY DIABETES & LONGEVITY CTR      End of Label Matrix
P.O. BOX 165809                             7344 DEER VALLEY ROAD, #100                    Mailable recipients    30
Irving TX 75016-5809                        WY 82555                                       Bypassed recipients     2
                                                                                           Total                  32
```